

**FILED**
VANESSA L. ARMSTRONG, CLERK

NOV 2 0 2019

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**ROCKY W. GANNON**

INDICTMENT

NO. 3:19-CR-209-DJH
18 U.S.C. 1343
18 U.S.C. 513(a)
18 U.S.C. 981(a)(1)(C)
28 U.S.C. 2461(c)

The Grand Jury charges:

COUNTS 1-3
(*Wire Fraud Scheme*)

1.  From on or about February 8, 2016 to on or about January 22, 2018, in the Western District of Kentucky, Hardin County, Kentucky, and elsewhere, **ROCKY W. GANNON**, the defendant herein, devised and intended to devise a scheme to defraud Union A, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises. For the purpose of executing said scheme, **ROCKY W. GANNON**, knowingly caused wire communications to be transmitted in interstate commerce.

2.  As the former executive vice president and former president of Union A, **ROCKY W. GANNON** was in a positon of trust among the approximately 984 members of the chapter, had a union credit card, and had access to the union's bank account.

3.  From on or about February 8, 2016 to on or about January 22, 2018, in the Western District of Kentucky, Hardin County, Kentucky, **ROCKY W. GANNON**, made 1,736 personal charges on his union credit card and authorized 48 electronic payments to his credit card accounts from the

union's checking account without authorization from Union A to do so. **ROCKY W. GANNON** also wrote and sometimes forged co-signatures on unauthorized union checks payable to himself.

4. In furtherance of his scheme, **ROCKY W. GANNON** also made material misrepresentations by creating false records to hide his activity. **ROCKY W. GANNON** created expense vouchers for false union purchases and created false invoices from vendors for 47 of the 48 electronic payments he made.

5. On or about each of the dates set forth below, in the Western District of Kentucky, Hardin County, Kentucky, and elsewhere, the defendant, **ROCKY W. GANNON**, for the purpose of executing the scheme to defraud, and attempting to do so, caused to be transmitted by means of wire communications in interstate commerce the signals and sounds described below for each count:

| Count | Date | Description of Wire |
|---|---|---|
| 1 | 2/11/2016 | Funds in the amount of $3,000.00 were drawn on Union A's bank account for check #8850 payable to **ROCKY W. GANNON** which caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. |
| 2 | 7/27/2016 | Unauthorized payment in the amount of $4,213.39 from Union A's bank account initiated by **ROCKY W. GANNON** to pay the bill for unauthorized purchases made with **ROCKY W. GANNON's** union credit card which caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. |
| 3 | 6/26/2017 | Unauthorized payment in the amount of $3,800.00 from Union A's bank account initiated by **ROCKY W. GANNON** to pay the bill for unauthorized purchases made with **ROCKY W. GANNON's** union credit card which caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. |

In violation of Title 18, United States Code, Section 1343.

The Grand Jury further charges:

## COUNTS 4-12
*(Forged Securities)*

6. From on or about February 8, 2016, to on or about August 28, 2017, in the Western District of Kentucky, Hardin County, Kentucky, **ROCKY W. GANNON**, defendant herein, did knowingly make, utter, or possess forged securities of an organization, that is, Union A, affecting interstate commerce, namely forged Union A checks drawn on United Bank, on or about the dates and in the amounts listed in the chart below, with the intent to deceive another person or organization, to wit:

| COUNT | CHECK # | CHECK DATE | POSTED DATE | CHECK AMOUNT |
| --- | --- | --- | --- | --- |
| 4 | 8673 | 2/8/2016 | 2/11/2016 | $250.00 |
| 5 | 8760 | 6/8/2016 | 6/14/2016 | $300.00 |
| 6 | 8850 | 8/29/2016 | 8/29/2016 | $3,000.00 |
| 7 | 8876 | 10/7/2016 | 10/14/2016 | $200.00 |
| 8 | 8888 | 10/12/2016 | 10/19/2016 | $400.00 |
| 9 | 8898 | 10/19/2016 | 10/25/2016 | $400.00 |
| 10 | 8960 | 1/2/2017 | 1/09/2016 | $400.00 |
| 11 | 9164 | 6/9/2017 | 6/09/2017 | $600.00 |
| 12 | 9234 | 8/24/2017 | 8/28/2017 | $700.00 |

In violation of Title 18, United States Code, Section 513(a).

## NOTICE OF FORFEITURE

If convicted of any violation of Title 18, United States Code, Section 1343, **ROCKY W. GANNON**, defendant herein, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds obtained directly or indirectly, as the result of any such violation, including but not limited to a money judgment for the amount of proceeds defendant derived.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON

*[signature: Russell M. Coleman]*
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:cek

UNITED STATES OF AMERICA v. **ROCKY W. GANNON**

## PENALTIES

Count 1-3: NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 4-12: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85
No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

THE UNITED STATES OF AMERICA

vs.

# ROCKY W. GANNON

### INDICTMENT

**COUNT 1**
*Wire Fraud Scheme*
18 U.S.C. §1343

**COUNT 2**
*Forged Securities*
18 U.S.C. §513(a)

**FORFEITURE**

*A true bill.*

_____
Foreperson

*Filed in open court this 20th day of November, 2019.*

Bail, $

FILED
VANESSA L. ARMSTRONG, CLERK
NOV 2 0 2019
DISTRICT COURT
WEST'N. DIST. KENTUCKY