

# Case Assignment
## Standard Criminal Assignment

Case number **3:19CR-209-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 11/20/2019 2:53:55 PM
Transaction ID: 29218

[Request New Judge]   [Return]