**FILED**
VANESSA L. ARMSTRONG, CLERK

NOV 20 2019

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA           PLAINTIFF

vs.           3:19-CR-209-DJH

ROCKY W. GANNON           DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Corinne E. Keel hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

_____
Corinne E. Keel
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911
FAX: (502) 582-5060
Email: corinne.keel@usdoj.gov