UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:19-cr-209-DJH

ROCKY W. GANNON,　　　　　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on January 23, 2020, with the following counsel participating:

    For the United States:　　　Corinne Keel

    For Defendant:　　　　　　Mark Hall

The Court and counsel discussed the procedural posture of the case. Counsel for the United States reported that discovery is complete. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a further telephonic status conference on **February 5, 2020, at 10:00 a.m.** The Court will initiate the call. Participating counsel shall contact Judge Hale's Case Manager, Natalie Thompson, at nthompson@kywd.uscourts.gov with their preferred contact numbers no later than **5:00 p.m. on February 4, 2020**. Counsel are advised that participation by cellular phone is not permitted.

   January 23, 2020

Court Time: 00/05
Court Reporter: Dena Legg

                                           **David J. Hale, Judge**
                                           **United States District Court**