UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.

                                  CRIMINAL Case No. 3:19-cr-00209-DJH

ROCKY GANNON                                DEFENDANT

## **UNOPPOSED MOTION TO CONTINUE AND RESCHEDULE TRIAL**

The defendant Rocky Gannon, by counsel, respectfully moves the Court to continue and reschedule the trial currently scheduled to begin on Tuesday, February 25, 2020.

This request for a continuance is made by the defense and is unopposed by the United States. The grounds for this request are that the United States and the Defendant require additional time to explore the possible resolution of this matter. Counsel for the Defendant also needs additional time to consult with his client to determine whether a resolution is possible or whether a trial will be necessary. Counsel for the Defendant believes judicial economy and the efficient administration of justice will be better served by continuing and rescheduling the trial. Consequently, counsel for the United States has agreed that she does not oppose this motion.

                                                         Respectfully Submitted,

                                                         _/s/ Mark G. Hall_____
                                                         Mark G. Hall
                                                         Counsel for Rocky Gannon
                                                         517 West Ormsby Avenue
                                                         Louisville, KY 40203
                                                         (502) 561-0085
                                                         mark@justiceky.com

## CERTIFICATION OF SERVICE

On February 10, 2020, I, Mark G. Hall, electronically filed this Unopposed Motion to Continue and Reschedule Trial through the ECF system which will send a notice of electronic filing to Corinne Keel, Assistant United States Attorney, Louisville, KY.

    /s/ Mark G. Hall_____
Mark G. Hall