UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.

CRIMINAL Case No. 3:19-cr-00209-DJH

ROCKY GANNON                                                                DEFENDANT

## ORDER

On motion of the defendant, the Court and the United States voicing no opposition, it is hereby ordered that the trial currently scheduled for February 25, 2020, is continued and rescheduled to the _____ day of _____, 2020.

_____
HON. JUDGE DAVID J. HALE
U.S. DISTRICT JUDGE, WESTERN
DISTRICT OF KENTUCKY