UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:19-cr-209-DJH

ROCKY W. GANNON, Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on February 5, 2020, with the following counsel participating:

    For the United States:    Corinne Keel

    For Defendant:    Mark Hall

The Court and counsel discussed the procedural posture of the case. Counsel reported that the parties are engaged in plea negotiations. Defense counsel anticipated filing a motion to continue the trial. The United States did not object to the proposed continuance. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the unopposed motion to continue (Docket No. 13) is **GRANTED**. The trial of this matter, currently set for February 24, 2020, is **REMANDED** from the Court's docket, to be reset by subsequent order if necessary. All pretrial dates and deadlines are **VACATED**.

An in-court status conference will be set by subsequent order.

Court Time: 00/05
Court Reporter: Dena Legg

cc: Jury Administrator

1