UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                    Plaintiff,

v.                                                    Criminal Action No. 3:19-cr-209-DJH

ROCKY W. GANNON,                                                            Defendant.

* * * * *

## MEMORANDUM OF CONFERENCE AND ORDER

A status conference was held in this matter on March 3, 2020, with the following counsel

participating:

For the United States:          Corinne Keel

For Defendant:                  Mark Hall

The defendant was present.  The parties requested that the Court set the matter for a change of

plea.  Based on the discussion during the conference, and the Court being otherwise sufficiently

advised, it is hereby

**ORDERED** as follows:

(1)     This matter is set for a change-of-plea hearing on **March 19, 2020, at 2:00 p.m.**

at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)     Pursuant to 18 U.S.C. § 3161(h)(1), (h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and

(h)(7)(B)(iv), the Court finds that **the period of delay from March 3, 2020 to March 19, 2020**

**is excludable in computing the time within which the trial must commence under the**

**Speedy Trial Act**.  The Court further finds that the ends of justice served by this delay outweigh

the best interests of the public and the defendant in a speedy trial because failure to grant such a

continuance would deny the defendant the reasonable time necessary for effective preparation,

1

taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

Court Time: 00/05
Court Reporter: April Dowell