UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:19-cr-209-DJH

ROCKY W. GANNON,     Defendant.

\* \* \* \* \*

### ORDER

By agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The change-of-plea hearing previously set for May 7, 2020, is **RESET** for **June 16, 2020, at 9:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2) Pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(1)(H), (h)(7)(B)(i), and (h)(7)(B)(iv), the Court finds that **the period of delay from April 14, 2020 to June 16, 2020, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial in light of the ongoing national emergency declared by the President of the United States and the significant public health concerns arising from that emergency. *See* General Order Nos. 2020-02, 2020-03, 2020-09. The Court notes that under these conditions the defendant's presence for trial cannot be obtained by the exercise of ordinary due diligence. 18 U.S.C. § 3161(h)(3)(B).

April 28, 2020

**David J. Hale, Judge**
**United States District Court**