UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                    Plaintiff,

v.                                                               Criminal Action No. 3:19-cr-209-DJH

ROCKY W. GANNON,                                                                         Defendant.

\* \* \* \* \*

**ORDER**

On the Court's own motion, and in accordance with General Order 2020-11, it is hereby

**ORDERED** as follows:

(1)     The change-of-plea hearing set for June 16, 2020, is **RESET** for **June 25, 2020, at 10:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)     Pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(1)(H), (h)(7)(B)(i), and (h)(7)(B)(iv), the Court finds that **the period of delay from May 29, 2020, to June 25, 2020, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**.  The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial in light of the ongoing national emergency declared by the President of the United States and the significant public health concerns arising from that emergency.  *See* General Order Nos. 2020-02, 2020-03, 2020-09, 2020-11.  The Court notes that under these conditions the defendant's presence for trial cannot be obtained by the exercise of ordinary due diligence.  18 U.S.C. § 3161(h)(3)(B).