UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL NO. 3:19-CR-209-DJH |
| ROCKY W. GANNON | DEFENDANT |

## UNOPPOSED MOTION TO ENTER AGREED ORDER OF RESTITUTION

Plaintiff, United States of America, respectfully moves the Court to enter the attached Agreed Order of Restitution as Defendant, Rocky W. Gannon, has pleaded guilty and the parties have agreed on restitution. The undersigned has conferred with counsel for the Defendant, and he does not oppose the motion for entry of the tendered Agreed Order of Restitution.

Respectfully submitted

RUSSELL M. COLEMAN
United States Attorney

*/s/ Nicole S. Elver*
Corinne E. Keel
Nicole S. Elver
Assistant United States Attorneys
717 W. Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6893
Fax: (502) 582-5097

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Mark G. Hall, counsel for Rocky W. Gannon

*/s/ Nicole S. Elver*
Nicole S. Elver
Assistant United States Attorney