UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                                          CRIMINAL NO. 3:19-CR-209-DJH

ROCKY W. GANNON                                                                       DEFENDANT

## AGREED ORDER OF RESTITUTION

Defendant Rocky W. Gannon ("Defendant" or "Gannon") and the United States having brought this matter before the Court based on an agreement reached by the parties for Gannon to begin making payments to be applied toward criminal monetary penalties, pending resolution of this matter and to continue upon the entry of a Judgment, and this Court being sufficiently advised regarding the Agreed Order;

IT IS HEREBY ORDERED that

1. The parties hereby agree that Gannon will deposit $2,000 at the time of his Change of Plea on June 26, 2020 and $1,000 by the first day of each month thereafter beginning July 1, 2020 to be held in a non-interest bearing registry account by the Clerk of the United States District Court for the Western District of Kentucky (Gene Snyder Courthouse, 601 West Broadway, 1st Floor, Louisville, KY 40202), pending resolution of the criminal matter.

2. Gannon further agrees that, after the Court enters a Judgment against Gannon, the United States will apply the funds held in the non-interest bearing registry account towards the ordered special penalty assessment, restitution, and fines (if any), in that order.

3. Upon resolution of the criminal matter and entry of a Judgment, Gannon will continue to make payments of at least $1,000 by the first day of each month to be applied toward the criminal monetary penalties ordered.

4. All payments must be made to the United States District Court Clerk, Gene Snyder Courthouse, 601 West Broadway, First Floor, Louisville, KY 40202.

5. Defendant's financial situation may be reviewed by his Probation Officer and/or by the United States Attorney's Office, and a revised payment plan may be agreed upon if his monthly cash flow changes significantly. However, no change in this payment plan may occur without advance approval from the United States Attorney's Office and his Probation Officer.

IT IS SO ORDERED.

Having Seen and Agreed:

RUSSELL M. COLEMAN
United States Attorney

  /s Nicole S. Elver
Nicole S. Elver
Assistant United States Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-6893

  /s Mark G. Hall (with permission)
Mark G. Hall
Adams Landenwich Walton, PLLC
517 West Ormsby Avenue
Louisville, KY 40203
(502) 561-0085
*Counsel for Defendant*