UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:19-cr-209-DJH |
| | ) | |
| ROCKY W. GANNON, | ) | |
| DEFENDANT | ) | |

**SENTENCING MEMORANDUM FOR DEFENDANT, ROCKY W. GANNON**

Comes the Defendant, Rocky Gannon, by counsel and respectfully submits his sentencing memorandum to assist the Court in determining an appropriate sentence. The sentencing hearing is scheduled for October 1, 2020 at 11:30 am in the United States District Court, Western District of Kentucky in Louisville. Mr. Gannon has been remorseful and completely cooperative since the indictment in this matter. He has fully accepted responsibility for his actions and has entered pleas to the charges contained in the indictment. As such, the Court is respectfully requested to consider a sentence slightly outside of the recommended guidelines and grant Mr. Gannon probation.

**OVERVIEW OF THE CASE**

Pursuant to his plea agreement, Mr. Gannon entered a plea of guilty to three (3) counts of wire fraud in violation of 18 U.S.C. Section 1343 and nine (9) counts of forged securities in violation of 18 U.S.C. Section 513 (A).

The guideline calculations contained in the presentence investigative report are not disputed; however, it is submitted the Court should move slightly outside the guidelines and grant Mr. Gannon probation based on the considerations set forth in this memorandum. Primary among these considerations is the criminal behavior Mr. Gannon pleaded guilty to is, by all measures,

completely outside of Mr. Gannon's character and outside of how he conducted himself for the great majority of his adult life. At the time of sentencing, Mr. Gannon will be fifty years old. During those fifty years, he has essentially no criminal history and has spent the majority of his adult life in service to our country, both as a soldier and a civilian. As such, the Court can, with near certainty, ensure that the behavior that led to his criminal conduct will not occur in the future.

## FACTORS THE COURT IS ASKED TO CONSIDER

The behavior that led to the commission of the crimes to which Mr. Gannon has pleaded guilty was an aberration in his life. Mr. Gannon has been a successful and generally stable military veteran and respected member of society prior to the circumstances which led to the criminal conduct herein. From 1998 until he retired in 2009, Mr. Gannon spent the majority of his adult career in the United States Army, retiring at the rank of Sergeant First Class. During his 21 years of service Mr. Gannon received two (2) meritorious service medals, four (4) Army accommodation medals, five (5) Army achievement medals, six (6) good conduct medals and several other accommodations.

In addition to retiring from the Army, Mr. Gannon has a Bachelor's Degree and a Master's degree in Business Administration. After his Army career, he continued serving the country as a civilian employee with the United States Army Human Resources Command, in Fort Knox. He also spent a significant amount of his time working with the Federal Employee Union helping other employees as a steward. He ultimately became part of the leadership of the Union.

Mr. Gannon has illustrated in multiple different ways his determination to be a leader and serve others. For instance, in addition to his service in the Army and his service to the Union, Mr. Gannon essentially offered his leadership and guidance to a young man whose world provided little opportunity for him to succeed. Mr. Gannon mentored this young man, provided him shelter,

food, clothing, and ultimately was appointed the young man's guardian. The young man now considers Mr. Gannon his father. The accompanying letters from his "son" and his sister illustrate Mr. Gannon's humanity.

Finally, as an example of his ability to overcome adversity, Mr. Gannon has illustrated the fortitude necessary to overcome an addiction. He has maintained sobriety since 2009.

When contrasting Mr. Gannon's entire life with the crimes he committed and pleaded guilty to, the crimes are totally out of character with the rest of his life. He acknowledges that his actions hurt others and wishes the Court to know that he suffers an extraordinary degree of contrition and remorse about his behavior.

Under all of the circumstances of this case, it is respectfully submitted that no valid purpose would be served by incarceration. The parties agree that Mr. Gannon should be ordered to pay $116,353.76 as restitution to the Union. Mr. Gannon has entered into an Agreed Order with the United States Attorney's Office to make those restitution payments. He made his first payment on the date he entered his guilty plea to the charges. He has also made timely payments as agreed, which so far total $5,000.00. Mr. Gannon is currently employed and his continued employment would allow him to continue making restitution payments to the Union.

In addition to the two letters mentioned above, attached to this memorandum are additional letters from persons who have knowledge of the defendant. As those letters illustrate, Mr. Gannon has been very open and frank with everyone about the commission and nature of his crimes.

## **CONCLUSION**

At sentencing the defendant will ask the Court to exercise its discretion and sentence him slightly outside the sentencing guidelines to probation.

He has fully accepted responsibility for his actions and conduct. He has tried to illustrate his level of remorse by making a concerted effort to begin making restitution payments to the Union. He essentially has no criminal history and has spent the greater part of his adult life serving others honorably.

It is respectfully submitted to the Court, that a variance down from the guidelines should be considered based on the history and characteristics of this defendant.

Respectfully Submitted,

s/ Mark G. Hall_____
Mark G. Hall
Adams Landenwich Walton, PLLC
517 West Ormsby Avenue
Louisville, Kentucky  40203
(502) 561-0085
mark@justiceky.com

## **CERTIFICATION**

On September 21, 2020, this Sentencing Memorandum was electronically filed using the ECF system which will send a notice of electronic filing to, Corinne E. Keel, Assistant United States Attorney, Louisville, KY.

s/  Mark G. Hall_____
Mark G. Hall