June 16, 2020

The Honorable David J. Hale
United States District Court Judge
U.S. District Court Western District of Kentucky
601 West Broadway
Louisville, KY 40202

Regarding: United States. V. Gannon, Case Number 3:19-cr-00209-DJH

Dear Honorable Judge Hale,

My name is Debbie Price. I am Rocky Gannon's sister, and a 40-year employee of FedEx Corporation.

I am the oldest and only girl in a family of three siblings. I was 13 when Rocky was born, and his primary caregiver during the summer from the time he was six-weeks old until I left home at the age of 18. To say he was like my first born is an understatement. He has always been very special to me and a very important part of my life.

We were, in fact, raised by an alcoholic father and a loving, hard-working mother. Our mother worked at a nursing home from 7:00 am to 3:00 pm 5 days a week, leaving me to tend to my younger brothers during school holidays and summer breaks. We may not have had much, but our mother was a Christian woman and taught us to be honest, trustworthy, and to show nothing but kindness to others.

I remember the night Rocky graduated high school, he was excited and could not wait to join the Army and leave the little town of Moro, Arkansas. I certainly understood and was very proud and excited for him. I knew it would be the best thing for him.

During his 20+ years in the Army, he spent most of his vacation time with my family and me. My children have always been close to him and they are still crazy about "Uncle Rocky". During this time, he may have had some problems, but he was and always has been a good man, very caring and willing to give the shirt off his back to help anyone in need.

It wasn't until he was older that I realized he had a drinking problem. Although I hated to see him do that to himself, I am certain it never changed the core values our mother instilled in him. One afternoon in 2009, Rocky finally realized the negative effects alcohol was having on his health, not to mention the realization that he was becoming our father. He made the decision to

quit drinking and started the road to recovery. I was and still am proud that he chose sobriety and never looked back. I truly believe his commitment to sobriety without seeking help from anyone is a testament to his willpower and determination to succeed.

After Rocky retired from the Army he got a job and moved to Kentucky. He was so excited to be able to buy his first home and settle down. I had no idea how tough it was for him to become a civilian until a few years after he retired. I found out he suffers from PTSD and depression, causing him to withdraw a bit from my family and me. During one of our phone conversations, he told me he had become the guardian of a teenage with family issues. I was not surprised to hear that he was stepping in to try and help someone have a better life. He was always trying to help young men and women better themselves. I feel certain the responsibility of fatherhood triggered an emotion buried deep inside clouting his judgment in financial matters. You see, my brother tried to provide a young man (he considers his son) brought up with nothing, both emotionally and financially, with so much more than he had growing up.

I know my brother is extremely remorseful for his actions. He fully admits his guilt and that he let greed/financial issues cloud his judgement and push him into actions totally out of his character. Without the financial pressures from taking in a guardian, PTSD and depression, he would have never gone against his upbringing and violated the trust of his fellow countrymen.

Your Honor, before sentencing, I would ask that you consider my brother's selfless service to his country, his willingness to help a troubled teenager, and his many honors throughout his career in the Army. Also, please consider that he has never had any major convictions or trouble with the law.

Thank you for taking the time to read this letter, thereby giving me an opportunity of show support for a brother I believe still has a lot to offer his community, his country, his employer, and his family.

Respectfully,

*Debbie Price*
Debbie Price