June 16, 2020

The Honorable David J. Hale,
United States District Court Judge
U.S. District Court Western District of Kentucky
601 West Broadway
Louisville, KY 40202

Regarding: United States. V. Gannon,  Case Number 3:19-cr-00209-DJH

Dear Honorable Judge Hale

My name is James Capps, the proud son of Rocky Gannon.  Your Honor, I want to tell you about this great man and how he has changed so many lives, including mine. I had a mother and step father that were drug addicts, did nothing but yell at me about how I was just a screw up did drugs and over all neglected me, letting me run wild.

I was fifteen when I meet Rocky through friends. I was pending charges for fleeing from the police, and he started talking to me about my actions and consequences for those actions. I remember listening and thinking just another adult to yell at me. He was different, he took time to talk to me, find out my side of what happen, then he explained why things were where they were at this time with my case.

My step father was already in jail, and they arrested my mother. I called Rocky not know what to do, and he came and got me, calming me down, giving me a place to stay. He work up early every morning and drove me to school in another county about 20 miles one way. He had to work, having a friend pick me up after school to ensure I was taken care of with food and a place to live.

Rocky talked my mother into signing a power of attorney so he could move me schools to Hardin County so I was able to go to a local school. I had already been sentenced to Probation for my fleeing charge, and had to go to court for a review of how school was going. Rocky took me, my mother was out on bond and failed to show up to court with me. Judge Reid had him file for and he granted Guardianship to Rocky, allowing me to have a home to grow up in.

I was able to grown up in a normal home from this point on. Rocky taught me wrong and right, showing me that you don't have to fear the Police, you can embrace the help that they provide to us. He took me into his home and treated me like a son, and I had a dad for the first time that I was proud to call my dad. He raised me to be the man I am today, a productive citizen, not a thug running the streets, which is where I would have been had it not been for Rocky.

I see it in his eyes that he hurts, I have seen him cry for the actions he has taken. He has talked to me about how this is not the example that he wants anyone to remember. He has still been helping the Union, which he put hundreds of hours into over the years to help other people. Your honor he is no thief, he made a mistake.

Your honor, in closing I want to leave you with these thoughts. He is my dad, I love him, He has taught me how to be a man, and I hope that in my life I am half the Father that he did not have to be. He could have turned his back on me like my mother and step father, but he gave me a hand, allowing me to learn from him and grow up to be a honorable man. He made a mistake he knows that, but he is not a common criminal, I am asking that you have mercy on him, not

casting a good man into jail for actions that are not normal for his demeanor. Thank you for your time in reading my letter your honor.

Respectfully,

*James Capps*
James Capps