June 16, 2020

The Honorable David J. Hale,
United States District Court Judge
U.S. District Court Western District of Kentucky
601 West Broadway
Louisville, KY 40202

Regarding: United States. V. Gannon, Case Number 3:19-cr-00209-DJH

Dear Honorable Judge Hale,

I, Joshua French, am writing this letter for my good friend, Rocky Gannon. I would like to illustrate the kind of person that he is despite the grave allegations he is currently facing. I have known him for the past seven years as a friend. He is a true gentleman, has a kind soul, and is always true to his word.

Rocky's enthusiasm has led to many good works in society such as The Isaiah Alonso Foundation, including raising money and getting items to help families that have a child with cancer. He has also worked with St Baldrick's soliciting donations for cutting their hair to help. He took in a child that was headed on a path to jail, gave him structure, and now he is an upstanding young man.

   Rocky helped me with my run for Lieutenant Governor in the 2019 Primary. I have seen Rocky work long hours and multiple days over cases to help employees on Ft. Knox. He has cancelled personal bowling or golfing trips so he could work to help an employee. He has taken great pride in helping employees, ensuring they received the best actions in their respective cases. He has lived, breathed, and loved AFGE and his local at Ft. Knox. Being a union member myself, I wish we had a person working as hard as he did for the employees at Ft Knox. He is a dedicated and loyal man, always striving for the best for those around him.

I am very well aware of the charges that he is facing and the resulting consequences, but I would like to plead for leniency. He is a well-mannered gentleman who will gain a valuable life lesson from this experience. I could go on about the positive attributes and characteristics of Rocky, however, I feel I have adequately described my good friend and the actions pursuant to his life, and not wanting to have you read a long letter, I will end. I hope you look into this matter and consider this letter before passing on any verdict. Rocky will strive to make amends, and I am sure we will get to see his positive actions bringing fruitful results to our society again.

Thank You

*Josh French* (signature)

Josh French