June 16, 2020

The Honorable David J. Hale,
United States District Court Judge
U.S. District Court Western District of Kentucky
601 West Broadway
Louisville, KY 40202

Dear Judge Hale,

My name is Lambert Andrew Albury, I am writing this letter given my dear friend, Rocky Gannon. I want to bring to your light the kind of person that he is despite the grave allegations that he has faces at this time. I have known him for the past ten years as a friend and roommate. Rocky is a true gentleman and is always true to his words. His enthusiasm has led to many good works in society.

I am very well aware of the charges that he is facing and the consequences of those I would like to plead for leniency. He is a well-mannered gentleman, and I am sure he will learn from this experience and will not think of repeating it. I want to give you some insight to things he has done over the past ten years that I have known him.

In September 2010 a co-worker of Rocky's six year old son died of cancer. The family stared a Foundation to help families that have children with cancer. Rocky stepped up and took on the role of Financial Manager, getting donations of money and items for the first event being held to raise money to help other families. He was also helping to get the Foundation certified as a 501C3 foundation. He was very successful in getting help for the events such as Photo with Santa, the birthday Bash, Christmas in July and others. Although he has moved on from this role he still supports the Foundation with donations of money and gift for the Christmas in July.

When I meet him, we were both in College where he was attending to receive his Masters of Business Administration [MBA]. Besides working, volunteering, getting a new home settled he was also carrying a full load of school work. He graduated in June 2011 with a 3.47 GPA. He never let anything fail, that was his nature from the 21 years he spent serving the Country in the U.S. Army.

In 2012 Rocky joined the Union, becoming a Steward helping the employees at the Human Resource Center and Fort Knox, Kentucky. I know he has spend tireless hours working on issues and cases for employees. He has help to get employees reemployed after they were terminated, worked cases for discipline where he was able to mitigate the punishment. He worked hard for the employees, moving up in the Union from Steward to President. I can tell you from seeing it that he worked hours on hours for the employees that he served in the Union.

Rocky spent over ten years in recruiting for the Army. He has several personal contacts in the Recruiting Command he at Fort Knox. I have seen him reach out and help several young men that wanted to serve but for one reason or another needed waivers are were told they were not qualified. He has helped get them enlisted, helped applicants get the job they wanted all to help support the Army. He still lives the Army Values, even though his bad decision caused him to break those values a couple of years ago.

I know now that he is still helping the Union with cases. He helps them anytime they call or need help. He has not turned his back on the Union and he has worked to try and show all that he

made a mistake, but he is not letting it run his life, he did an apology to the members, and has still helped even thought he is no longer employed on Ft. Knox. That is just the kind of person he is in his life.

I hope you look into this matter and consider this letter before passing on any verdict. Rocky will strive to make amends, and I am sure we will get to see his good works bringing fruitful results to our society again. Your Honor, I am seeking the mercy of the Court when you decide what punishment you should rule for his behavior. I hope that you will reach deep within in making that decision and that you will see that this is not unusual behavior for Rocky and that you will be lenient, allowing him to move forward with his life rebuilding a bright and promising future.

Thank you for your time and consideration.

Respectfully

*[signature]*

Lambert Andrew Albury