September 9, 2020

The Honorable David J. Hale, United States District Court Judge
U.S. District Court Western District of Kentucky
601 West Broadway
Louisville, KY 40202

Regarding: United States. V. Gannon, Case Number 3:19-cr-00209-DJH

Dear Honorable Judge Hale,

My name is Cynthia Sander. I am a Registered Nurse at the Clinic on Fort Knox and currently serving as the President of the American Federation of Government Employees Local 2302 at Ft Knox, Kentucky. I have been the President from February 2018, after Rocky Gannon resigned amidst the investigation of this case.

I have known Rocky for the past five years. I first met him when I was appointed the Secretary/Treasurer, he was the Executive Vice President of AFGE Local 2302. From that time, we talked at least weekly, until I had to resign because of the illness and death of my father. Since his resignation we have been in communication on a regular basis. Rocky has not tried to hide from me or the members of the Local. He has embraced and acknowledged his short falls in this case.

As the President of the Union, I am aware of the charges that Rocky is facing, Wire Fraud and Forgery. Rocky has talked to me on numerous occasions over the past two years about what he did. Rocky has kept me apprised on what was going on in the Court proceedings between him, his attorney, and the US Attorney's office handling the case.

I believe that Rocky is remorseful. I have talked to him and he has told me time and time again how sorry he was for hurting the Local. On Tuesday, March 13, 2018, Rocky provided me with a letter to read to the Local's Membership. He told the Membership that he was truly sorry and ashamed for putting the Local through an investigation and an audit. Aside from being remorseful, he was stressing, depressed, and over all starting to lose himself.  As a trained professional nurse, I was able to talk with him and help him find his way out of a depressive mindset. And I have watched him become productive again. This has allowed me to talk with him, getting his depression under control and him being productive once again. I also know that Rocky is working with the US Attorney's office to start making payments to repay the Local for the money that he used to pay his credit card.

Rocky has suffered both financially and in his reputation throughout this ordeal. He was placed on Indefinite Suspension from his Civil Service Position, in December 2018, and as a result, resigned from his position. At one time, he was an up and coming force in AFGE.  His reputation has been tarnished to those that know him based on the actions that he took. Some see him as a disgraced person that succumbed to greed. He has been barred from entering Fort Knox installation because of his actions. Rocky was required to change Doctors and Pharmacy to the ones off the installation. He knows that it will take him time to rebuild his reputation to the Members, as he has received text messages that he was so good for the Local, but hurt the people that he was elected to serve. I have seen him overcome with emotion and remorse as he

read text messages from members because he knows that he has hurt them and the one thing that he took so much pride in, Local 2302.

I know he has PTSD and several other medical issues for which he is treated by the Department of Veteran Affairs. He has talked to me on many occasions while depressed and feeling hopeless. He has seen his doctor and is currently on medicines that help with the PTSD, depression, and anxiety that he suffers from. I do not believe that these issues caused him to do these acts. The greed and misguided notions caused him to act out of character. He knows it is his fault and is accepting of the consequences that are coming to him because of them. I feel this is totally out of the norm for him to do this. It was greed that caused it and his trying to justify it by saying it was for the extra hours of work he performed. He knows and has told me he was wrong for allowing greed to erode his values and integrity.

He has worked to build his character and reputation with the Local and its Members. He has never let the Local down in the past two plus years. Over the past two year he has worked with me to provide the best cocounseling for many hours to write grievances, unfair labor practices, do negotiations, proposals, and anything else that I or a Member has asked for assistance with. I know he is a good person by the way he carries himself and in his actions that he has shown in the aftermath by facing this head on and accepting responsibility for his actions. In March 2020, Rocky was selected for inclusion into the National Society of Leadership and Success. This shows his dedication to better himself, and a willingness to help others to learn and grow.

Your honor, in closing I want to leave you with these thoughts. Jesus said, "Let him without sin cast the first stone". We all have made mistakes in our lives in one way, shape, form or fashion. I know this is a big mistake. Do we condemn the person for a mistake, or do we allow him to show he has learned and continue to be a productive person for the people and organizations that he cares about? I am asking that you have mercy on him and not cast a stone to bring further humiliation to a good man for actions that are not normal for his character.

Respectfully,

*Cynthia M. Sanders*
Cynthia Sanders
President
AFGE Local 2302
Email: aprilrhain@comcast.net