

## THE NATIONAL SOCIETY OF LEADERSHIP AND SUCCESS
1 Evertrust Plaza, Suite 101, Jersey City, NJ 07302
P: 201-222-6544 | F: 201-839-4604 | www.nsls.org

Honorable Judge David Hale
601 West Broadway
Louisville, KY 40202

Dear Honorable Judge David Hale,

I am writing today to recommend ROCKY GANNON. ROCKY has been a key member of the The National Society of Leadership and Success Chapter at University of Phoenix and has completed a rigorous leadership training program through our organization.

In order to achieve membership in the Society, ROCKY chose to attend many hours of training focused on teamwork, goal setting, high achievement, leadership skills and styles, self-motivation, and accountability. Instead of needing to learn these skills on the job, ROCKY will come to your organization with them already developed.

Through many hours of hard work, and after being reviewed by both the staff at their college as well as our National Office, ROCKY has been awarded a Certificate of Leadership Training.  If you have not heard of The National Society of Leadership and Success' certification program, you may not realize how much work is involved for a member to achieve ROCKY's status.  Since joining, ROCKY has attended training broadcasts with presenters such as Sir Richard Branson, Trevor Noah, Deepak Chopra, Arianna Huffington, and Anderson Cooper.  Additionally, through bi-weekly mastermind team meetings, he has learned how to use a peer group to increase performance.  After each meeting, ROCKY completed a journal to document his progress and goals.

I am highly recommending ROCKY.


Very truly yours,

Charles Knippen
President
The National Society of Leadership and Success